**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Adelson MICHEL, a/k/a Mike, a/k/a Cowboy, Defendant–Appellant.**

**No. 13–7763.**

United States Court of Appeals, Fourth Circuit.

Submitted: Nov. 22, 2013.

Decided: Dec. 3, 2013.

Adelson Michel, Appellant Pro Se. Grayson A. Hoffman, Jeb Thomas Terrien, Assistant United States Attorneys, Harrisonburg, Virginia; Joseph W.H. Mott, Office of the United States Attorney, Roanoke, Virginia, for Appellee.

Before NIEMEYER, KING, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Adelson Michel appeals the district court's order denying his motion for reduction of his sentence under 18 U.S.C. § 3582(c)(2) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See United States v. Michel,* No. 5:06–cr–00041–GEC–1

(W.D.Va. Oct. 17, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*